LOUIS WHITMAN v. ELIAS WEIL and Others.— Motion for a stay granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HENRY SHAPIRO and Others v. JOHN H. SCHEIER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PATRICK J. GAYNOR, as Committee, etc., v. FERDINAND HECHT, Impleaded, etc.— Motion granted. Present —Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PAUL D. HERWIT and Others v. JAMES L. CLARK and Others.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PAUL D. HERWIT and Others v. JAMES L. CLARK and Others.— Motion for a stay granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BENHAM & BOYESEN, INC., v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ELTON CLARK and Others, as Trustees, etc., v. WILLIAM G. SOUDERS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of HARRIS ZIMMERMAN and JOSEPH ROSENBERG and Others.— Motion granted. Settle order, containing questions to be certified, on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

KINGSBRIDGE RAILWAY COMPANY and Others v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JENNIE T. QUINN v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MORRIS WHITE v. DAVID E. BRONSON.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

RITA VINAY v. VALENTINE P. PERRET.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

DALTON COAL & COKE CO., INC., v. WILLIAM J. FALLON.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of CLEMENTINE M. SILVERMAN, Deceased.— Reference ordered to take testimony and report. Settle order on notice. Present — Clarke, P. J., Dowling Smith, Finch and McAvoy, JJ.

MARGARET A. SHAYNE, Doing Business under the Firm Name and Style of C. C. SHAYNE & COMPANY, Appellant, v. LESTER W. C. JEROME and Others, Impleaded with THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

In the Matter of the Transfer Tax upon the Estate of WILLIAM JAHN, Deceased. — Order affirmed, with costs separately to respondents appearing by separate counsel and filing briefs herein. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THOMAS F. KERRIGAN, Respondent, v. VANDAM WAREHOUSE CO., INC., Appel-